**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-8024**

MATTHEW CORZINE,

                Plaintiff - Appellant,

        v.

UNITED STATES ARMY; BRIGADIER GENERAL FORATER; LT. GENERAL
#1 JOHN DOE; MAJOR ELIZABETH KINZIE; 2ND LT. COCHORAN; SGT.
MORE; 1ST SGT. #2 JOHN DOE; SGT. #3 JOHN DOE; SGT. #4 JOHN
DOE; SPECIALIST #5 JOHN DOE; SPECIALIST #6 JOHN DOE;
PRIVATE #7 JOHN DOE; PRIVATE #8 JOHN DOE; PRIVATE #9 JOHN
DOE; PRIVATE #10 JOHN DOE,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:11-cv-00461-FL)

Submitted:  April 15, 2013            Decided:  April 17, 2013

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Matthew Corzine, Appellant Pro Se.  Shailika K. Shah, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Corzine appeals the district court's order adopting the magistrate judge's recommendation in part and denying his motion to appoint counsel and its order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Corzine v. U.S. Army, No. 5:11-cv-00461-FL (E.D.N.C. Dec. 8, 2011; Nov. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED